IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARCY BLACKBURN | ) |
| | ) |
| v. | ) NO. 3-13-0575 |
| | ) JUDGE CAMPBELL |
| HEARTLAND FOOD LLC | ) |

ORDER

Plaintiff has filed a Notice of Voluntary Dismissal with Prejudice (Docket No. 14). Accordingly, this action is DISMISSED with prejudice, and the Clerk is directed to close the file. Any pending Motions are denied as moot. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE