UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| MARCY BLACKBURN<br><br>Plaintiff,<br><br>v.<br><br>HEARTLAND FOOD, LLC<br><br>Defendant. | Case No. 3:13-cv-0575<br>Judge Campbell |

<u>ENTRY OF JUDGMENT</u>

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on September 18, 2013.

KEITH THROCKMORTON, CLERK

s/   Hannah B. Blaney